

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00227-CV

**IN THE INTEREST OF M.I.A.**, a Minor Child

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02030
Honorable Cynthia Marie Chapa, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. We order that no costs be assessed against appellant M.I.A. because he is indigent.

SIGNED October 9, 2019.

_____
Beth Watkins, Justice